UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: August 2, 2018      HONORABLE KIMBERLEY H. TYSON, Presiding

In re: IRENE CECELIA MODEN     Debtor.     Case No: 11-11686-KHT
Chapter 7

Appearances:

| | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | Irene Moden (pro se) |
| Creditor | Ocwen Loan Servicing, LLC | Counsel | Kimberly Martinez |
| Creditor | Barret Frappier & Weisserman, LLP | Counsel | Randall Chin |

Proceedings: Preliminary Hearing on Debtor's Motion for Sanctions, Barrett Frappier & Weisserman, LLP's Response, and Owen Loan Servicing, LLC's Response

[X] Entry of appearance(s) and statements made.

Orders:

[X] The Court set the matter for an evidentiary hearing on **Wednesday, October 24, 2018, at 1:30 p.m.** in Courtroom D, U.S. Customs House, 721 19th Street, Denver, Colorado.

If the matter set for hearing involves a contested factual issue, any party intending to introduce any exhibits or call any witnesses at the scheduled hearing shall, on or before **October 17, 2018**, (a) deliver to the opposing side, a list and photocopies of the proposed exhibits pre-marked for identification (Debtor-Numbers, Objector-Letters) and a schedule of witnesses who may be called as well as a schedule of witnesses who will be called, and (b) file with the Court only the list of exhibits and schedules of witnesses who may or will be called. The original plus two copies of each exhibit shall be tendered to the Court at the commencement of the hearing. The copies shall be used by the Court and the law clerk, and the original shall be used by the witness(es).

Date: August 2, 2018

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: _____
Sheila Lo, Courtroom Deputy